6181383 (EJS)  
6274267 (LMT)     :dms     11/17/20     WHITE     23623-3-83

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| LAURA CASTANEDA, | ) |
|                     Plaintiff, | ) |
| vs. | ) No.: 3:19-cv-50239 |
| NATHAN HEINRICH and KEN ROSENKRANS AND SONS TRUCKING, INC. | ) |
|                     Defendants. | ) |
| NATHAN HEINRICH and KEN ROSENKRANS AND SONS TRUCKING, INC. | ) |
|                     Third-Party Plaintiff, | ) |
| vs. | ) |
| RENE CASTANEDA, | ) |
|                     Third-Party Defendant. | ) |

### STIPULATION TO DISMISS

All matters in dispute between the plaintiff, LAURA CASTANEDA, and the defendants, NATHAN HEINRICH and KEN ROSENKRANS AND SONS TRUCKING, INC.; and the third-party plaintiffs, NATHAN HEINRICH and KEN ROSENKRANS AND SONS TRUCKING, INC., and the third-party defendant, RENE CASTANEDA, in the above entitled cause having been satisfactorily compromised and settled:

It is hereby stipulated and agreed by and between the said parties hereto, through their respective attorneys, that the cause of action of the plaintiff, LAURA CASTANEDA, and the

defendants, NATHAN HEINRICH and KEN ROSENKRANS AND SONS TRUCKING, INC.; and the third-party plaintiffs, NATHAN HEINRICH and KEN ROSENKRANS AND SONS TRUCKING, INC., against the third-party defendant, RENE CASTANEDA, may be dismissed, with prejudice and without costs to said parties, all costs having been paid.

It is further stipulated and agreed that an order pursuant to the foregoing may be entered of record without further notice to any party upon the presentation of this stipulation.

_____
Mr. Steven B. Muslin
Attorney for Plaintiff,
LAURA CASTANEDA

_____
Mr. David H. Schroeder
Attorney for Defendants/Third-Party Plaintiffs,
NATHAN HEINRICH and KEN ROSENKRANS
AND SONS TRUCKING, INC.

_____
Esther Joy Schwartz
Attorney for Third-Party Defendant,
RENE CASTANEDA

6181383 (Esther Joy Schwartz)
6274267 (Lisa M. Taylor)
SCHWARTZ GILLIGAN, LTD.
Attorneys for Third-Party Defendant - RENE CASTANEDA
120 N. LaSalle Street, Suite 3400
Chicago, IL 60602
(312) 419-1011